

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Virginia Smith, Appellant

No. 06-15-00021-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13F 1078-102). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Virginia Smith, pay all costs of this appeal.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk